| | |
|---|---|
| 1 | |
| 2 | |
| ... | |

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGH GARCIA,<br><br>                  Petitioner,<br>vs.<br><br>J. YATES, WARDEN,<br><br>                  Respondent. | CASE NO. 07cv0048 DMS (LSP)<br><br>**ORDER DENYING REQUEST FOR CERTIFICATE OF APPEALABILITY** |

      On November 13, 2008, this Court entered judgment dismissing the petition for a writ of habeas corpus brought by Petitioner pursuant to 28 U.S.C. § 2254. On December 3, 2008, Petitioner filed a Notice of Appeal and a Request for Certificate of Appealability. A certificate of appealability is authorized "if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). "A petitioner satisfies this standard by demonstrating that jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003). *See also Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

      Having reviewed the Petition, the R&R and the November 13, 2008 Order dismissing the Petition, the Court finds Petitioner has failed to demonstrate that reasonable jurists would find this

/ / /

/ / /

/ / /

Court's dismissal of his petition debatable. Therefore, the Court denies Petitioner's request for a certificate of appealability.

**IT IS SO ORDERED.**

**DATED: December 5, 2008**

_____
**HON. DANA M. SABRAW**
**United States District Judge**